ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-cr-00140-JD |
| Plaintiff, | **[PROPOSED] TEMPORARY DETENTION ORDER** |
| v. | |
| CRAIG DEWAYNE HOLMAN, | |
| Defendant. | |

On March 11, 2024, Magistrate Judge Beeler entered an order releasing defendant Holman and setting certain conditions of release. (ECF 5.) On July 19, 2024, Judge Beeler signed an order for Holman's arrest in response to Pretrial's Petition for Arrest Warrant. (ECF 30.) For the reasons stated on the record on July 23, 2024, defendant is ordered temporarily detained until Judge Beeler can consider whether defendant should be further detained pending trial. As indicated in the petition for the arrest warrant, on July 19, 2024, defendant exhibited defiant, aggressive and threatening behavior toward building security, and she was cursing them and not following their direction. Defendant appeared to be unraveling due to her continued use of illicit substances. Given this recent activity, at least for the moment, defendant is a danger to the community that cannot be mitigated through release conditions. The revocation hearing in front of Judge Beeler is set for July 30, 2024, at 10:30 a.m.

[PROPOSED] TEMPOARY DETENTION ORDER    1
No. 24-cr-00140-JD

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, temporarily committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel;

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding; and

4. Judge Beeler will conduct a further revocation proceeding July 30, 2024, to determine whether defendant should be detained beyond that date.

IT IS SO ORDERED.

DATED: July 23, 2024

HON. THOMAS S. HIXSON
United States Magistrate Judge