JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Ned_Smock@fd.org


Counsel for Defendant HOLMAN


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 24-CR-00140-JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, SET MATTER FOR CHANGE OF PLEA, AND ORDER PREPARATION OF PRE-PLEA PRESENTENCE REPORT** |
| v. | |
| CRAIG HOLMAN, a.k.a. CieCie Holman | |
| Defendant. | |


     Ms. Holman is scheduled to appear for a trial-setting hearing before the District Court on August 12, 2024. The parties have agreed to the terms of a plea agreement.  The government is preparing a formalized written plea agreement and counsel will then need time to go over it with Ms. Holman.  This process cannot be completed by August 12.  The parties therefor ask that the matter be set for change of plea on the Court's next available date for change of plea, which the parties understand is September 16, 2024.

1      Ms. Holman is in custody and the plea agreement contemplates the government

2   recommending a sentence of no more than five months; the defense can recommend less than

3   five months.  Ms. Holman has been in custody for almost three weeks.  Of course, it will be the

4   Court that decides the ultimate sentence, but assuming the change of plea goes forward in five

5   weeks on September 16, and assuming that sentencing is set out approximately three months

6   from that date to allow for preparation of a presentence report, the defense is concerned that

7   Ms. Holman could remain in custody longer than any sentence that might be imposed in this

8   matter.  If United States Probation were to commence preparing a presentence report now, it is

9   likely that an earlier sentencing date could be set after the plea hearing.

10      Defense counsel spoke with Katrina Chu, a supervisor of the report-writers at United

11   States Probation in San Francisco.  Ms. Chu reported that United States Probation can and will

12   commence work on a pre-sentence report now so long as the Court orders it.  Probation simply

13   requests that the Court set a control date approximately 75 days from the date of the Order to

14   facilitate assignment of the report within their office.  Ms. Chu has reviewed and approved the

15   language of the below proposed order and indicated that it is appropriate to initiate their

16   preparation of the Presentence Report.  Counsel for the government does not object to this

17   request.

18      The parties further stipulate and request that, under the Speedy Trial Act and the

19   Interstate Agreement on Detainers, the Court exclude the time from August 12, 2024 to

20   September 16, 2024. An exclusion is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv) effective

21   preparation of counsel, taking into account the exercise of due diligence. An exclusion of time

22   is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of

23   such continuance outweigh the best interest of the public and the defendant in a speedy trial.

24   Furthermore, for the reasons stated above, the parties agree than an exclusion of time is

25   appropriate.

26

27      IT IS SO STIPULATED.

28

August 8, 2024                    ISMAIL J. RAMSEY
Dated                             United States Attorney
                                  Northern District of California


                                            /S
                                  _____
                                  WENDY GARBERS
                                  Assistant United States Attorney


August 8, 2024                    JODI LINKER
Dated                             Federal Public Defender
                                  Northern District of California


                                            /S
                                  _____
                                  NED SMOCK
                                  Assistant Federal Public Defender


## ORDER

It is ORDERED that this matter is set for change of plea on September 16, 2024.  Time is excluded under the Speedy Trial Act and the Interstate Agreement on Detainers from August 12, 2024 to September 16, 2024. An exclusion is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv) effective preparation of counsel, taking into account the exercise of due diligence. An exclusion of time is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

United States Probation shall commence preparation of a Presentence Report.  A control date of October 24, 2024 is set for Probation purposes.


DATED:  August 9, 2024

                                  _____
                                  HON. JAMES DONATO
                                  United States District Judge